■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL KURIATA, Appellant. — Judgment, Supreme Court, Bronx County (Schackman, J.), rendered on January 8, 1981, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Carro and Lupiano, JJ.